

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00350-CV

**QUEEN'PRINYAH GODIAH NMIAA PAYNE'S EL-BEY,**

         **Appellant**

 **v.**

**SHEILA ROBINSON-ZENON,**
**THE FEDERAL SAVINGS BANK ADT,**

         **Appellees**

### From the Supreme Court of the State of New York
### County of Dutchess
### Trial Court No. 2021-00363

## MEMORANDUM OPINION

Queen'Prinyah Godiah NMIAA Payne's El-Bey attempts to appeal a dismissal order rendered by the Supreme Court of the State of New York. By letter, the Clerk of this Court informed El-Bey that her appeal was subject to dismissal because this Court has no jurisdiction of an appeal from another state's court order. *See* TEX. CONT. art. V, § 6; TEX. GOV'T CODE § 22.201. In the same letter, the Clerk warned El-Bey that the appeal would be dismissed unless El-Bey responded showing grounds for continuing the

appeal. El-Bey has not shown grounds for continuing the appeal.

Also in the same letter, the Clerk warned El-Bey that this proceeding may be determined to be frivolous and then be used in deciding whether El-Bey is a vexatious litigant unless El-Bey explained why this proceeding should not be determined to be frivolous. El-Bey has not explained why this proceeding should not be determined to be frivolous.

Accordingly, this proceeding is determined to be frivolous, and it is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed December 7, 2022
[CV06]

